UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SHELITA WINCHESTER GUILLION                          CIVIL ACTION

VERSUS                                               NO. 10-1331

HERBERT CADE, JUDGE, CIVIL DISTRICT                  SECTION "S" (3)
COURT, PARISH OF ORLEANS

# O R D E R

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the plaintiff's objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff Shelita Winchester Guillion's complaint is dismissed with prejudice.

New Orleans, Louisiana, this  15th  day       June       , 2010.

_____
UNITED STATES DISTRICT JUDGE